**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**-vs-**  Case No. 6:07-cr-89-Orl-31DAB

**COLLEEN BETHEL**
_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration with hearing on the following motion filed herein:

> **MOTION:** **PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE (Doc. No. 39)**
>
> **FILED:** **January 17, 2008**
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

While awaiting the date for reporting to begin her criminal sentence as imposed by District Judge Presnell on November 27, 2007, Defendant was charged with an additional crime in state court and failed to report the fact of her arrest to the Pretrial Services Officer as required. Commission of a serious offense while awaiting sentencing or reporting to the Bureau of Prisons is ordinarily more than sufficient to justify immediate remand to custody, though it should be noted that Defendant only stands accused, not convicted of the new charges. At the hearing on this issue, counsel indicated that Judge Presnell had some awareness of the impending charges, which had not been formally filed, and may have taken these circumstances into account in determining the sentence and deciding to leave Defendant on release.

Accordingly, it is the recommendation of the undersigned that Defendant be remanded immediately. This decision would normally be implemented by the Magistrate Judge's Order. However, due to the unique information and perspective that may have been presented at sentencing, the matter is ultimately left to the sentencing judge. The defendant is in custody pending the Court's ruling.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Respectfully recommended in Orlando, Florida on this 28th day of January, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy