# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**  Case No. 6:07-cr-89-Orl-31DAB

**COLLEEN BETHEL**

_____

# ORDER

This matter comes before the Court *sua sponte* upon the Report and Recommendation issued this date by Magistrate Judge Baker (Doc. 45).

The Court has reviewed the Judgment, the presentence report and a copy of the sentencing transcript. Although vague reference was made at sentencing regarding some recent "issues" with Defendant's employer, there was no disclosure that Defendant had engaged in illegal conduct while on supervised release. Accordingly, it is

**ORDERED** that the Report and Recommendation is AFFIRMED. Defendant shall remain in custody pending transport to the facility designated by the Bureau of Prisons.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on January 28, 2008.

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
Colleen Bethel

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE